**WILLIAM HOWARD, Minor, v. WOOLSEY ROBINSON.**

Court of Quarter Sessions. November, 1797.

*Wilson's Red Book, 183.*

---

[1] The first reference is to the edition of 1793; the second is the same reference in the edition of 1789.

BASSETT, C. J. The Court consider they have no power to make a thing good that is void. And this Act says that every such instrument is void. We are of opinion the boy must be discharged.